**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

GrubHub Holdings Inc., et al.

Plaintiff,

v.                                                    Case No.: 1:19−cv−07273
                                                      Honorable Charles P. Kocoras

Visa Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 18, 2024:

        MINUTE entry before the Honorable Charles P. Kocoras: Motion to appear pro hac vice [29] [30] [31] [32] [33] [34] [35] [36] are granted; Attorneys Nina M. Kovalenko, Gary Carney, Lisa Danzig, Donna Ioffredo, Maia Usui, Kenneth A. Gallo, and Brette Tannenbaum are added as counsel for Mastercard Incorporated and Mastercard International Incorporated. Attorney Demian Alexander Ordway is added as counsel for Visa Inc., Visa International Service Association,Visa USA, Inc. Mailed notice. (sxh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.