UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GRUBHUB HOLDINGS INC. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC. *et al.*,<br><br>Defendants. | Case No. 1:19-cv-07273 |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 AND LOCAL RULE 3.2**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and Local Rule 3.2 of the United States District Court for the Northern District of Illinois, the undersigned counsel for Defendant Mastercard International Incorporated hereby files its Corporate Disclosure Statement and states:

Mastercard International Incorporated is a wholly owned subsidiary of Mastercard Incorporated, a publicly traded Delaware corporation.

Mastercard Incorporated does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock. Mastercard Foundation and the Vanguard Group, Inc., each own 5% or more of its stock.

Dated: August 12, 2024
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: */s/ Brette Tannenbaum*
            Brette Tannenbaum
            Nina Kovalenko
            Gary R. Carney
            1285 Avenue of the Americas
            New York, New York 10019-6064
            (212) 373-3852
            btannenbaum@paulweiss.com
            nkovalenko@paulweiss.com
            gcarney@paulweiss.com

            Kenneth Gallo
            2001 K Street NW
            Washington, DC, 20006-1047
            (202) 223-7356
            kgallo@paulweiss.com

        *Attorneys for Defendant Mastercard Incorporated and Mastercard International Incorporated*