| | |
|---|---|
| GRUBHUB HOLDINGS INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>Defendants. | Case No.: 1:19-cv-07273<br>Honorable Edmond E. Chang |

## JOINT STATUS REPORT

The parties jointly submit this status report pursuant to this Court's Minute Entry of July 3, 2025 (ECF No. 129).

**I.      Supplemental Discovery**.  The parties report that discovery is progressing in accordance with the schedule adopted by the Court in its July 3 Minute Entry.  The parties exchanged good-faith witness lists on September 15, 2025, and supplemental depositions of fact witnesses have been completed, with the exception of one third-party witness scheduled for January 22, 2026.

The parties have agreed to certain modifications of the prior schedule related to supplemental discovery related to damages.  The modified dates are set forth below:

- **December 1, 2025**: Parties produce updated data through September 30, 2025, with the exception of certain benchmark data to be produced by Defendants ("Benchmark Data").  (completed)

- **December 15, 2025:** Defendants produce Benchmark Data through September 30, 2025. (completed)

- **January 15, 2026**: Plaintiffs serve their updated damages report from damages expert William Kennedy, with accompanying backup data to be served within 5 calendar days.

- **February 20, 2026**: Defendants serve updated damages reports from their experts R. Garrison Harvey and David P. Kaplan addressing Kennedy's updated damages report, with accompanying backup data to be served within 5 calendar days.

- **March 20, 2026**: Parties complete expert depositions.

- **June 15, 2026:** Parties produce updated data through December 31, 2025. (Parties to discuss including data through Q12026 in this exchange).

- **July 15, 2026:** Plaintiffs serve their final damages schedules to be used at trial, including any projected damages, with the corresponding backup materials needed to replicate those damages schedules/calculations.

II.     **Other Case Schedule Dates**.  The remaining dates in the Court's July 3 Minute Entry are set forth below.  At present, the parties do not see a need to modify these dates.

- **July 6, 2026:** Parties to exchange proposed pretrial order materials.

- **July 16, 2026:** Parties to exchange counter-designations of depositions.

- **July 27, 2026:** Parties to exchange any objections to the exhibit lists, as well as reply deposition designations and any objections to counter-designations.

- **July 27, 2026:** Joint Proposed Pretrial Order, proposed jury instructions and voir dire, witness lists, and exhibit charts are due.

- **July 27, 2026:** Motions in limine due.

- **August 10, 2026:** Responses to motions in limine due.

- **August 17, 2026:** Replies to motions in limine due.

- **September 1, 2 and 3, 2026:** Pretrial conference to occur at 9:15 a.m. each day. (Consistent with this Court's minute entry of October 2, 2025, the parties are holding September 8 and 9, 2026 open in the event the September 1, 2, and 3 dates become unavailable due to a scheduled criminal trial before the Court.)

- **September 22, 2026:** Trial starts at 8:30 a.m.

III.    **Bifurcation.**  The parties have met and conferred regarding bifurcation of liability and damages in this action, consistent with the approach adopted in the related *7-Eleven* and *Target* actions currently pending in the Southern District of New York.  *See Target Corp., et al. v. Visa*

*Inc., et al.*, No. 13-cv-3477 (AKH) (S.D.N.Y. Aug. 7, 2024), Dkt. 140 at 2 ("liability will be tried first and thereafter, if necessary, damages, by the same jury").

**Defendants' Position:** The parties agree with bifurcating the proceedings into a liability phase and, only if required, a subsequent damages phase to be heard by the same jury. Pursuant to the Court's request that, "even if there is agreement, the parties shall explain why they have so agreed," ECF No. 116, Defendants provide the following explanation of their position:

"[A]ntitrust cases are often strong candidates for bifurcation." *Kraft Foods Glob., Inc. v. United Egg Producers, Inc.*, 2023 WL 5177501, at \*10 (N.D. Ill. Aug. 11, 2023). Federal courts routinely bifurcate liability and damages in antitrust actions. *See* 9A Wright & Miller, Federal Practice & Procedure § 2390 (noting that "a significant number of federal courts, in many different kinds of civil litigation, have ordered the questions of liability and damages to be tried separately, for example in cases involving antitrust"). The Seventh Circuit likewise has recognized that bifurcation of liability and damages can streamline complex antitrust trials. *See In re High Fructose Corn Syrup Antitrust Litig.*, 295 F.3d 651, 666 (7th Cir. 2002).

Resolving liability first will streamline the issues for trial, promote judicial efficiency, and avoid the substantial expense associated with preparing and presenting a full damages phase that may prove unnecessary unless liability is established. *Kraft Foods*, 2023 WL 5177501, at \*9. And even if a damages trial proves necessary, the volume of evidence to be presented during the damages phase may change depending on the liability findings. *See MCI Commc'ns Corp. v. American Tel. & Tel. Co.*, 708 F.2d 1081, 1167 (7th Cir. 1983). Bifurcation will also mitigate juror confusion by separating distinct factual and analytical questions. *See Brom v. Bozell, Jacobs, Kenyon & Eckhardt, Inc.*, 867 F. Supp. 686, 690 (N.D. Ill. 1994).

**Plaintiffs' Position:** Plaintiffs are agreeable to bifurcation of liability and damages in order to attempt to streamline and focus the issues before the jury.

**IV.** **<u>Status of SDNY Cases Before Judge Hellerstein</u>.** As the Court will recall, Judge Hellerstein is presiding over two cases—one brought by the *Target* group of plaintiffs and the other brought by the *7-Eleven* group of plaintiffs—and set the claims of six plaintiffs, three from each group, for trial beginning on April 20, 2026. Five plaintiffs (Circle K, The Gap, TJX, Macy's and Office Depot) remain scheduled for trial on April 20, 2026. Two plaintiffs in the *7-Eleven* group (Starbucks and Marathon Petroleum) and three plaintiffs in the *Target* group (Luxottica, Abercrombie & Fitch, and Big Lots) have settled their claims against Defendants since the parties' July 1, 2025 update to the Court. The remaining parties are continuing to engage in pretrial activities in compliance with their agreed-upon case schedule. The parties will promptly report to this Court any material developments affecting the cases before Judge Hellerstein.

**V.** **<u>Status of Settlement Discussions</u>.** There have been no recent settlement discussions between the parties in this case. However, all parties remain willing to engage in discussions.

Respectfully submitted,

*/s Robert J. Palmersheim*
Robert J. Palmersheim
Honigman LLP
155 North Wacker Drive, Suite 3100
Chicago, IL 60606-1734
Phone: 312.701.9393
rpalmersheim@honigman.com

Kimberly Weber Herlihy
Robert N. Webner
Douglas R. Matthews
Alycia N. Broz
Kenneth J. Rubin

Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-6400
Email: kwherlihy@vorys.com

*Attorneys for Grubhub Plaintiffs*

*/s Donna Ioffredo*
Donna Ioffredo
Lisa Danzig
2001 K Street NW
Washington, DC, 20006-1047
(202) 223-7356
dioffredo@paulweiss.com
ldanzig@paulweiss.com

Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3852
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated
and Mastercard International Incorporated*

*/s Benjamin F. Heidlage*
Michael S. Shuster
Demian A. Ordway
Benjamin F. Heidlage
Jayme A. Jonat
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bheidlage@hsgllp.com
jjonat@hsgllp.com

5

Robert J. Vizas
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111-4024
(415) 471.3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

Valarie Hays
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
(312) 583-2440
valarie.hays@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa USA, Inc., and Visa International Service Association*

6

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2026, I caused a true and correct copy of the foregoing document to be served on counsel in the above-referenced actions via the Court's ECF system.

*/s Kimberly Weber Herlihy*