THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRUBHUB HOLDINGS INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VISA INC., *et al.*, <br><br> Defendants. | Case No.: 1:19-cv-07273 <br><br> Honorable Edmond E. Chang |

**JOINT STATUS REPORT**

The parties jointly submit this status report pursuant to this Court's Minute Entry of January 13, 2026 (ECF No. 141).

I.      **Status of *Grubhub* Case.**  Since their Joint Status Report of January 12, 2026 (ECF No. 140), the parties have exchanged updated reports from their respective damages experts, along with accompanying backup data.  The parties have agreed to one modification of the schedule reflected in the January 12 Joint Status Report:  they have agreed to complete expert depositions subsequent to the current March 30, 2026 deadline, and are currently working to finalize those dates.

The following additional deadlines remain between now and trial:

- **June 15, 2026:** Parties produce updated data through December 31, 2025.  (Parties to discuss including data through Q12026 in this exchange).

- **July 15, 2026:** Plaintiffs serve their final damages schedules to be used at trial, including any projected damages, with the corresponding backup materials needed to replicate those damages schedules/calculations.

- **July 6, 2026:** Parties to exchange proposed pretrial order materials.

- **July 16, 2026:** Parties to exchange counter-designations of depositions.

- **July 27, 2026:** Parties to exchange any objections to the exhibit lists, as well as reply deposition designations and any objections to counter-designations.

- **July 27, 2026:** Joint Proposed Pretrial Order, proposed jury instructions and voir dire, witness lists, and exhibit charts are due.

- **July 27, 2026:** Motions in limine due.

- **August 10, 2026:** Responses to motions in limine due.

- **August 17, 2026:** Replies to motions in limine due.

- **September 1, 2 and 3, 2026:** Pretrial conference to occur at 9:15 a.m. each day.

- **September 14, 2026:** Trial starts at 8:30 a.m.

II.     **Status of SDNY Cases Before Judge Hellerstein.**  As the Court will recall, Judge Hellerstein has been presiding over two related cases—one brought by the *Target* group of plaintiffs and the other brought by the *7-Eleven* group of plaintiffs—and had set the claims of six plaintiffs, three from each group, for trial beginning April 20, 2026.

Since the January 12, 2026 status report, all plaintiffs in the *Target* group have settled their claims, and that case is now closed.  All but one plaintiff in the *7-Eleven* group (set for trial in April) have also settled and dismissed their claims.

III.    **Status of Settlement Discussions.**  The parties have re-engaged in settlement discussions and will report any progress promptly to the Court.

Respectfully submitted,

/s/ Robert J. Palmersheim
Robert J. Palmersheim
Honigman LLP
155 North Wacker Drive, Suite 3100
Chicago, IL 60606-1734
Phone: 312.701.9393
rpalmersheim@honigman.com

Kimberly Weber Herlihy
Robert N. Webner
Douglas R. Matthews
Alycia N. Broz
Kenneth J. Rubin
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone: (614) 464-6400
Email: kwherlihy@vorys.com

*Attorneys for Grubhub Plaintiffs*

/s/ William B. Michael
William B. Michael
Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3852
wmichael@paulweiss.com
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

Donna Ioffredo
Lisa Danzig
2001 K Street NW
Washington, DC, 20006-1047
(202) 223-7356
dioffredo@paulweiss.com
ldanzig@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated
and Mastercard International Incorporated*

3

/s/  Michael S. Shuster
Michael S. Shuster
Demian A. Ordway
Benjamin F. Heidlage
Jayme A. Jonat
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bheidlage@hsgllp.com
jjonat@hsgllp.com

Robert J. Vizas
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111-4024
(415) 471.3100
robert.vizas@arnoldporter.com

Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

Valarie Hays
70 West Madison Street, Suite 4200
Chicago, IL 60602-4231
(312) 583-2440
valarie.hays@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa USA, Inc.,
and Visa International Service Association*

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2026, I caused a true and correct copy of the foregoing document to be served on counsel in the above-referenced actions via the Court's ECF system.

*/s/ Michael S. Shuster*