**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

GrubHub Holdings Inc., et al.
Plaintiff,
v.
Case No.: 1:19−cv−07273
Honorable Edmond E. Chang
Visa Inc., et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 21, 2026:

MINUTE entry before the Honorable Edmond E. Chang: Settlement conference held. After the conference, the Court transmitted recommendations to the parties. Counsel for each set of parties shall separately email the courtroom deputy by 4:30 p.m. Central Time on 07/24/2026 to report if the respective side has agreed to the recommendation or instead has rejected it. Unless an agreement is reached, the Court will not disclose the other responses. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.