**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: GrubHub Holdings Inc. et al v. Visa Inc. et al

Case Number: 1:19-CV-07273

An appearance is hereby filed by the undersigned as attorney for: Stripe, LLC

Attorney name (type or print): Theo A. Lesczynski

Firm: Davis Wright Tremaine LLP

Street address: 920 5th Avenue, Suite 3300

City/State/Zip: Seattle, WA 98104

Bar ID Number: 6330019 (Illinois)
(See item 3 in instructions)

Telephone Number: (206) 622-3150

Email Address: theolesczynski@dwt.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 24, 2026

Attorney signature: s/ *Theo A. Lesczynski*

(Use electronic signature if the appearance form is filed electronically.

Revised 7/19/2023