**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

GrubHub Holdings Inc., et al.
Plaintiff,
v.
Case No.: 1:19−cv−07273
Honorable Edmond E. Chang
Visa Inc., et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 26, 2026:

MINUTE entry before the Honorable Edmond E. Chang: (1.) The parties shall file a joint status report on settlement, under seal if necessary, by 08/28/2026 at 5 p.m. (2.) The Court emphasizes that, consistent with its general practice, the trial date is firm and shall proceed even if the parties represent that there is a settlement in principle. Nothing short of a stipulation to dismiss with prejudice as to the settling parties will cause the vacatur of the pretrial conference or, more importantly, the trial date. (3.) Because the Court expects to discuss settlement at the end of the first day of the pretrial conference (and one day might be sufficient for the pretrial conference), at least one business representative who attended the settlement conference and the lead lawyer counseling the parties on settlement must be available either in person or via video conference at 3:30 p.m. Central Time on 09/01/2026. The parties shall email the courtroom deputy, on 08/28/2026, reporting whether the attendees will be in person or attending remotely. Emailed notice(Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.