**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **Grubhub Holdings Inc., et al.,**<br>**Plaintiffs,**<br>**v.**<br>**Visa Inc., et al.,**<br>**Defendants.** | **No. 1:19−cv−07273**<br>**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE** |

WHEREAS plaintiff Grubhub Holdings Inc. ("Plaintiff"), which is a plaintiff in the action *Grubhub Holdings Inc., et al. v. Visa Inc., et al.,* No. 1:19-cv-07273 (N.D. Ill.), having fully settled all of its claims against all of the defendants in the *Grubhub* action — i.e., Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants") — by and through the undersigned counsel, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiff's claims and action against the Visa Defendants and the Mastercard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claims and action of Plaintiff be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: August 27, 2026.

**JENNER & BLOCK LLP**

By: /s/ *Douglas E. Litvack*
Douglas E. Litvack
1099 New York Ave NW Suite 900
Washington, DC 20001
(202) 639-6000
DLitvack@jenner.com

Sarah E. Streicker
Shaun M. Van Horn
Lindsey Lusk
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
SStreicker@jenner.com
SVanHorn@jenner.com
LLusk@jenner.com

*Attorneys for Plaintiff Grubhub Holdings Inc.*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: __/s/ *Matthew A. Eisenstein*____________
Anne P. Davis
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
(202) 942-5000
anne.davis@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY 10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *William B. Michael*
William B. Michael
Brette Tannenbaum
Nina Kovalenko
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
wmichael@paulweiss.com
btannenbaum@paulweiss.com
nkovalenko@paulweiss.com

Donna M. Ioffredo
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
dioffredo@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**SO ORDERED:**

Dated:

______________________________ ______________________________

Chicago, Illinois

Hon. Edmond E. Chang
United States District Judge