**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

SCVNGR, Inc., et al.

Plaintiff,

v.

Case No.: 1:19−cv−07273
Honorable Edmond E. Chang

Visa Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 1, 2026:

MINUTE entry before the Honorable Edmond E. Chang: Pretrial conference held. (1.) On the review of exhibits and deposition designations, the Court adopted the parties' proposal that they continuously confer and the present at the end of each trial day the disputes for the next day. The parties represented that it would rarely take one hour to present and resolve the disputes. Based on this representation, the pretrial conference sessions of 09/02/2026 and 09/03/2026 are vacated. The parties must be equipped to count the time expenditure of depositions played to keep track of exam−hour limits (which the Court has under advisement and will post). (2.) On the cross−examination of Belk witness Brian Vranek, on or before 09/04/2026, the Defendants shall move (a) to de−designate exhibits (or parts of exhibits) and (b) otherwise seek to close the courtroom for examination on genuinely confidential information. The Plaintiff's response is due by 09/08/2026. More generally, the parties shall promptly confer on any other confidentiality disputes and seek to avoid the closure of the courtroom as much as practicable given that exhibit−display monitors will not be facing the public gallery. (3.) The parties had no objection to reading some substantive instructions on the rule of reason to the jury before opening statements. This should aid the jury in understanding the evidence as it is introduced, but at the same time the pre−opening instructions will be more concise than the final instructions so that the jury is not overwhelmed. The Court is working on the proposed summary instructions and will post them for comment. There still will be, of course, an in−trial jury−instructions conference for final instructions. (4.) As discussed during the hearing, the Court will strive to pick 12 jurors (the functional equivalent of six alternates, though all jurors will deliberate), but if an unexpectedly large number of veniremembers are excused for cause, then fewer might be selected. The Plaintiff will have three peremptories and the two Defendants together will have three. The parties have amended voir−dire questions to propose. The parties shall file those as promptly as possible, no later than 09/03/2026. (5.) Opening statements are limited to 90 minutes per side, with the Defendants to divide the time between them as they see fit. (6.) As discussed during the hearing, DX4755 is allowed: it is a Rule 1006 summary based on three non−objected−to exhibits, DX229, PX43, and DX381. (7.) The Court held off−the−record settlement discussions, and the discussions continued. (8.) For now, the next in−court date is the trial itself.Emailed notice(Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.