**EXHIBIT J – VOIR DIRE QUESTIONS**

**THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BELK, INC.,

Plaintiff,

v.

VISA INC., *et al.*,

Defendants.

Case No.: 1:19-cv-07273

Honorable Edmond E. Chang

**PARTIES' VOIR DIRE QUESTIONS**

**Agreed-Upon Questions**

A. Familiarity With the Case, Counsel, Witnesses, and Other Relevant Individuals

1. Before today, have you read, seen, or heard anything about this lawsuit? If yes, please describe.

2. Do you know any of the lawyers or law firms involved in this case? [***List of counsel from pretrial statement***] If yes, please explain how you know them.

3. Do you know any of the individuals who may testify in this case? [***List of witnesses from pretrial statement***] If yes, please explain how you know them.

B. Prior Lawsuits, Jury Service, and Legal-System Experience

4. Other than a divorce, have you or anyone close to you ever been involved in a lawsuit as a plaintiff, defendant, or witness?

- Plaintiff
- Defendant
- Witness
- Unsure
- Never involved in a lawsuit
  If yes:
- What was the lawsuit about?

- Was the lawsuit resolved?
- If so, were you satisfied with the outcome

5. Have you ever served on a jury? If yes:
   - How many times?
   - What kind of case or cases?
   - Did the jury reach a verdict?
   - Were you the foreperson?
   - How would you describe your experience as a juror?

6. Have you ever had any experience with the legal system that might prevent you from being a fair and impartial juror in this case? If yes, please explain.

C. Employment, Training, Education, and Professional Background

7. Do you or your spouse/partner have education, training, or work experience in any of the following areas? Please identify all that apply and describe the experience.
   – Accounting
   – Banking or finance
   – Law or the legal profession
   – Contract negotiation
   – Compliance

8. Do you have any education, training, or work experience involving antitrust law, competition law, or compliance with or the enforcement of those laws? If yes, please describe.

9. Please list any colleges, universities, or technical schools you attended, and your field or fields of study.

10. If you are married or living with a partner, what is your spouse's or partner's highest level of education?
    – Less than high school
    – High school graduate or GED
    – Some college
    – Technical or vocational degree/certification

- Bachelor's degree
- Master's degree
- Doctorate or professional degree

11. If applicable, please list any colleges, universities, or technical schools your spouse or partner attended, their field or fields of study, and any degree or certification received.

12. Have you ever worked for a retailer, business, or merchant that accepted credit cards or debit cards as forms of payment? If yes, please explain your role and experience.

13. Have you ever worked for a small company, a start-up company, or owned or operated a business? If yes:

(i) Please describe the nature of the business.

(ii) What payment method(s) did you accept? (For example, cash, check, credit cards, debit cards, Zelle, PayPal, Venmo, Square, etc.)

(iii) Did you feel that your business could not compete against a larger company?

(iv) Did you feel the business was at the mercy of a large purchaser or supplier that had a lot of bargaining power?

D. Payment Cards, Consumer Experience, and Financial Practices

14. How many of the following types of payment cards do you currently have for personal use? Please indicate 0, 1, 2, or 3 or more for each and which ones you use regularly:

- Mastercard credit cards
- Visa credit cards
- Mastercard debit cards
- Visa debit cards
- Digital wallets
- American Express
- Discover
- Cards with a major retailer's brand on them

15. Which of the following best describes what you are most likely to do when your credit card bill arrives?

    - Pay off the entire balance each month
    - Pay some of the balance and carry the rest forward
    - Do not have credit cards

16. Do you have any strong views, positive or negative, about rewards credit cards?

17. Have you had any significant positive or negative experiences with a credit card company, debit card, payment card, or payment-card rewards program? If yes, please describe.

18. Do you always try to pay in cash instead of a credit card whenever you can?

19. Describe your general preference for paying for goods and services. Do you prefer to use cash, debit cards, credit cards, or some other form of payment? Please explain whether your preference reflects any strong views that might affect your ability to be fair in this case.

20. Have you ever felt that a credit card company has dealt with you unfairly?

21. Have you ever felt that any of the parties in this case have dealt with you unfairly? Please explain.

22. Have you ever experienced fraud involving your credit or debit card? If yes, was the matter handled to your satisfaction?

23. Do you feel unfairly burdened by interest charges on credit card debt?

E. Relationships With Relevant Companies and Institutions

24. Have you or your spouse or partner ever worked for, or had a business relationship with, any of the following? Please identify all that apply and describe the nature of the relationship.

    - Mastercard
    - Visa
    - American Express
    - Discover
    - Belk
    - A bank or credit union

25. Do you frequently purchase goods or services from, or have a payment card from, Belk? If yes, please describe.

F. Views About Competition, Regulation, Market Power, and Business

26. This case involves U.S. antitrust or competition laws. Do you have any opinions about those laws? If yes, please describe.

27. Do you have any strong opinions about government intervention of business operations? If yes, please describe.

28. Do you have any strong opinions, positive or negative, about government regulation of competition among businesses or oversight of credit card companies? If yes, please describe.

29. Do you have a negative opinion about any company with a large market share? If yes, please describe.

30. Do you have strong negative opinions of large corporations, banks or their senior executives? If yes, please describe.

G. General Fairness and Impartiality

31. Have you ever had any experience with a business, a bank, a credit card company, or a payment-card issue that might prevent you from being a fair and impartial juror in this case? If yes, please explain.

32. Is there anything about your background, experiences, or strongly held views that you believe might affect your ability to decide this case fairly and impartially based solely on the evidence and the Court's instructions? If yes, please explain.

**Disputed Questions**

33. Has your bank ever reduced or eliminated rewards that were provided in connection with your credit or debit cards? If yes, please describe.

***Source: Plaintiffs***

***Objection:*** Defendants dispute this question as not relevant to whether a juror is fair or impartial. Plaintiffs submit that the question is relevant given defendants' arguments about the effect of the Durbin Amendment on the provisioning of rewards.

34. About how many months of income do you and your spouse or partner owe in credit card debt?

- None / no credit card debt
- Less than one month of income

- About one month of income
- Two to three months of income
- More than three months of income

***Source: Plaintiffs***

***Objection:*** Defendants dispute this question as personally invasive and not relevant to whether a juror is fair or impartial. Defendants believe this question is more burdensome than question #23. Question #23 interrogates potential jurors' sentiments toward their debt—not the amount of it. The amount of a potential juror's debt is unnecessarily personal and not probative of relevant biases. Plaintiffs submit this question is relevant because (a) it is no more burdensome than agreed-to question #23 regarding whether or not a potential juror feels burdened by credit card debt; and (b) potential jurors' views on personal debt are directly relevant to potential bias. Plaintiffs proposed, and Defendants rejected, adding a follow-up question to question #23 in lieu of asking Disputed Question #4: "If so, do you generally carry credit card debt from month to month?"