**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

SCVNGR, Inc., et al.
Plaintiff,
v.
Visa Inc., et al.
Defendant.

Case No.: 1:19−cv−07273
Honorable Edmond E. Chang

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 10, 2026:

MINUTE entry before the Honorable Edmond E. Chang: Pursuant to the stipulated dismissal, R. 363, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Belk's claims are dismissed with prejudice, each side to bear its own fees and costs. All deadlines and trial settings are vacated. To track (a) the posting of the public version of the order resolving the defense motions in limine, R. 354, and (b) the final stipulated dismissals from Uline and BJ's described in R. 345, 353, a tracking status hearing is set for 09/25/2026 at 8:30 a.m. (but no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.