**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

SCVNGR, Inc., et al.
Plaintiff,
v.
Visa Inc., et al.
Defendant.

Case No.: 1:19−cv−07273
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 24, 2026:

MINUTE entry before the Honorable Edmond E. Chang: The tracking status hearing of 09/25/2026 is reset to 10/16/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). The Court is working on the posting of the public version of the order resolving the defense motions in limine, R. 354. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.